**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JOHN DOE | |
| Plaintiff, | Civil Action No.: 4:22-cv-00297-y |
| vs. | |
| TEXAS CHRISTIAN UNIVERSITY, | **MOTION TO PROCEED UNDER A PSEUDONYM** |
| VICTOR J. BOSCHINI, JR,<br>*in his official capacity.* | |
| Defendants. | |

**<u>PLAINTIFF'S UNOPPOSED MOTION TO PROCEED UNDER A PSEUDONYM</u>**

Comes now Plaintiff, by and through his attorney of record, and files this unopposed motion to proceed under the pseudonym "John Doe." The circumstances of this case are such that requiring the Plaintiff to proceed under his legal name, and to reveal the names of those other individuals involved, would disclose information of the utmost personal intimacy, including intimate details of Plaintiff's sex history. In support thereof, Plaintiff shows the following:

A Court may grant a Plaintiff leave to proceed anonymously in a lawsuit. *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981); *Southern Methodist Univ. Ass'n of Women Law Students v. Wynne & Jaffe*, 599 F.2d 707, 712 (5th Cir. 1979). "The decision requires a balancing of considerations calling for maintenance of a party's privacy against the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Id.*

The underlying dispute in this case is Texas Christian University's ("TCU") handling of sexual assault accusations made against Plaintiff by his ex-girlfriend ("Jane Roe"). The details of the underlying sexual assault accusation are intimate in nature and unjust injury would result from

1

the public identification of the parties to the accusation if Plaintiff is not permitted to proceed anonymously.

Plaintiff, and Jane Roe, his accuser, are both young adults still in the process of completing their education and beginning their careers. This action challenges action by TCU and is likely to attract media coverage to some extent. If Plaintiff is not permitted to proceed anonymously, both Plaintiff's and Jane Roe's identity would be revealed in subsequent media attention to this lawsuit. This publicity and media coverage would cause irreparable reputational harm to both Plaintiff and Jane Roe.

If Plaintiff is not permitted to proceed anonymously, the purpose of this lawsuit would be made moot. The balancing of the interests under *Stegall* weighs in favor of granting this motion for that reason. Plaintiff did not commit sexual assault, however he was wrongfully suspended from TCU pursuant to unfair rules, procedures and institutional biases. If Plaintiff is not allowed to proceed anonymously in this lawsuit, John would in effect be required to tarnish his reputation in order to protect it.

Plaintiffs have been permitted to proceed anonymously in lawsuits alleging similar violations against universities across the country. *See e.g. Doe v. Columbia Univ.*, 101 F.Supp.3d 356 (S.D.N.Y 2015); *Doe v. Salisbury University*, 123 F.Supp.3d 748 (D. MD 2015); *Doe v. Washington and Lee University*, No. 6:14-cv-00052 (W.D. Va. Aug. 5, 2015); *Doe v. Brown Univ.*, 166 F.Supp.3d 177 (D.R.I 2016); *Doe v. Rector & Visitors of George Mason Univ.*, 132 F.Supp.3d 712 (E.D. Va. 2015).

For these reasons, the need to protect the privacy of the Plaintiff and his accuser outweigh the presumption of judicial openness under Federal Rule of Civil Procedure 10(a).

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays this court grant this motion to proceed anonymously.

Filed April 12, 2022

Respectfully Submitted,

*/s/ Brian Roark*
Brian Roark
State Bar No. 00794536
brian@brianroark.com
BOTSFORD & ROARK
1307 West Avenue
Austin, Texas 78701
Telephone: (512) 476 – 1900
Fax: (512) 479 – 8040
***Admission pro hac vice pending***

*/s/ Bryan D. Bruner*
Bryan D. Bruner
State Bar No. 03252475
bbruner@bjplaw.com
Lynne B. Frank
State Bar No. 24087215
Lfrank@bjplaw.com
BRUNER & BRUNER, P.C.
3700 W. 7th Street
Fort Worth, Texas 76107
Telephone: (817) 332-6633
Facsimile: (817) 332-6619

*/s/ H. Dustin Fillmore, III*
H. Dustin Fillmore, III
State Bar No. 06996010
dusty@fillmorefirm.com
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 801
Fort Worth, Texas 76102
Telephone: (817) 332-2351
Facsimile: (817) 870-1859

**ATTORNEYS FOR JOHN DOE**

3

## Certificate of Conference

On April 12, 2022, counsel for Plaintiff, Brian Roark and Bryan Bruner, conferred with the general counsel for Defendants, Lee Tyner, regarding the merits of the foregoing Motion. Mr. Tyner stated in an email that, "at this time TCU does not oppose the motion."

*/s/ Brian Roark*

## Certificate of Service

The undersigned certifies that on April 12, 2022, a true and correct copy of the foregoing document was served on Defendants by emailing the document to Defendants' general counsel, Lee Tyner, at LEE.TYNER@tcu.edu.

*/s/ Brian Roark*

4