UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY & | § | |
| VICTOR J. BOSCHINI, JR., | § | |
| | § | |
|    Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Appendix Under Seal (ECF No. 5), filed April 13, 2022. Courts presume that judicial records are to be kept open to the public. *United States v. Abdullah*, 2009 WL 2246156, at *2 (S.D. Tex. July 24, 2009) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). But the public's right to access court records is not absolute, and district courts have supervisory power to seal documents if the interest favoring nondisclosure outweighs the presumption in favor of the public's common law right of access. *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *Test Masters Educ. Servs. Inc.*, 799 F.3d 437, 454 (5th Cir. 2015) (citing *Nixon*, 435 U.S. at 598).

The Court finds that Plaintiffs have demonstrated good cause to file the records under seal. Noting the motion is unopposed, the Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to file the exhibit attached to the motion (ECF No. 5-1) under seal as Plaintiff's Appendix.

**SO ORDERED** this **13th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE