UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY & | § | |
| VICTOR J. BOSCHINI, JR., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6), filed April 12, 2022. The Court **ORDERS** the parties to appear for an evidentiary hearing on the motion on **Tuesday, April 26, 2022**, at **9:00 AM** in the Second Floor Courtroom of the Federal Courthouse in Fort Worth. The Court further **ORDERS** the parties to submit witness lists for the hearing by **April 22, 2022**.

**SO ORDERED** this **20th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE