UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN DOE

 Plaintiff,

vs.

TEXAS CHRISTIAN UNIVERSITY,

VICTOR J. BOSCHINI, JR,
*in his official capacity.*

 Defendants.

Civil Action No.: 4:22-cv-00297

## PLAINTIFF'S WITNESS LIST

**NOW COMES** Plaintiff John Doe ("Doe") and hereby designates the following witnesses who may be called to testify at the hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6), currently scheduled for Tuesday, April 26, 2022, at 9:00 a.m. The following witnesses are not necessarily listed in order of scheduled appearance:

1. John Doe
2. John Doe's father
3. Jessica Ledbetter, Assistant Dean of Students and Co Panel Chair at Title IX Hearing
4. Jeremy Steidl, Assistant Dean of Students and Co Panel Chair at Title IX Hearing
5. Reece Harty, Clark Hall Director and Panelist
6. Any witness identified by Defendants on their witness list.

1

Dated: April 22, 2022

                        Respectfully Submitted,

                        /s/ Brian Roark
                        Brian Roark (*pro hac vice*)
                        State Bar No. 00794536
                        brian@brianroark.com
                        BOTSFORD & ROARK
                        1307 West Avenue
                        Austin, Texas 78701
                        Telephone: (512) 476 – 1900
                        Fax: (512) 479 – 8040
                        ***Admitted pro hac vice***

                        */s/ Bryan D. Bruner*
                        Bryan D. Bruner
                        State Bar No. 03252475
                        bbruner@bjplaw.com
                        Lynne B. Frank
                        State Bar No. 24087215
                        Lfrank@bjplaw.com
                        BRUNER & BRUNER, P.C.
                        3700 W. 7th Street
                        Fort Worth, Texas 76107
                        Telephone: (817) 332-6633
                        Facsimile: (817) 332-6619

                        */s/ H. Dustin Fillmore, III*
                        H. Dustin Fillmore, III
                        State Bar No. 06996010
                        dusty@fillmorefirm.com
                        THE FILLMORE LAW FIRM, L.L.P.
                        201 Main Street, Suite 801
                        Fort Worth, Texas 76102
                        Telephone: (817) 332-2351
                        Facsimile: (817) 870-1859

                        **ATTORNEYS FOR JOHN DOE**

**Certificate of Service**

   The undersigned certifies that the foregoing document was served on the following counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on April 22, 2022.

Alex E. Brakefield (alex.brakefield@huschblackwell.com)
Samuel P. Rajaratnam (sammy.rajaratnam@huschblackwell.com)
Caidi Davis (caidi.davis@huschblackwell.com)
Scott D. Schneider (scott.schneider@huschblackwell.com)
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANTS**

                    */s/ Brian Roark*