# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY & | § | |
| VICTOR J. BOSCHINI, JR., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 26, 2022, the Court held an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 6). The Court admitted several documents into evidence during the hearing. The Court **ORDERS** the parties to file electronic copies of all exhibits admitted during the hearing on the docket under seal before the end of the day.

**SO ORDERED** this **27th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE