UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY & | § | |
| VICTOR J. BOSCHINI, JR., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Proceed Under a Pseudonym (ECF No. 4), filed April 12, 2022. In response to the Court's order, the parties filed briefs addressing the legal basis for the motion. *See* Pl.'s Br., ECF No. 38; Defs.' Br., ECF No. 39. Having considered the motion, briefing, and applicable law, and noting the motion is unopposed, the Court finds good cause to permit Plaintiff to proceed under a pseudonym. The Court thus **GRANTS** the motion.

**SO ORDERED** this **2nd day** of **May, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE