UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JOHN DOE,** § § § *Plaintiff*, § § **v.** § § **TEXAS CHRISTIAN UNIVERSITY** and § **VICTOR J. BOSCHINI, JR.**, in his official § capacity, § § *Defendants*. § | Civil Action No. 4:22-CV-00297 |

## NOTICE OF APPEAL

Defendants Texas Christian University and Victor J. Boschini, Jr. appeal to the United States Court of Appeals for the Fifth Circuit from the Opinion & Order on Preliminary Injunction entered on April 29, 2022 (ECF No. 40).

Dated:  May 18, 2022          Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Scott D. Schneider*
    Scott D. Schneider, *pro hac vice*
    Texas Bar No. 24054023
    scott.schneider@huschblackwell.com
    Samuel P. Rajaratnam
    Texas Bar No. 24116935
    sammy.rajaratnam@huschblackwell.com
    Caidi Davis, *pro hac vice*
    Texas Bar No. 24121557
    caidi.davis@huschblackwell.com

111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)

    Alex E. Brakefield
    Texas Bar No. 24105523
    alex.brakefield@huschblackwell.com

1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6173
(214) 999-6170 (fax)

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify that this document was served on the below-listed counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on May 18, 2022.

Brian Roark
brian@brianroark.com
BOTSFORD & ROARK
1307 West Avenue
Austin, Texas 78701
Telephone: (512) 476 – 1900
Fax: (512) 479 – 8040

Bryan D. Bruner
bbruner@bjplaw.com
Lynne B. Frank
State Bar No. 24087215
Lfrank@bjplaw.com
BRUNER & BRUNER, P.C.
3700 W. 7th Street
Fort Worth, Texas 76107
Telephone: (817) 332-6633
Facsimile: (817) 332-6619

H. Dustin Fillmore, III
dusty@fillmorefirm.com
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 801
Fort Worth, Texas 76102
Telephone: (817) 332-2351

                                              */s/ Samuel P. Rajaratnam*
                                              Samuel P. Rajaratnam