UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY & | § | |
| VICTOR J. BOSCHINI, JR., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Dismiss with Prejudice Claims Against Victor J. Boschini (ECF No. 50), filed May 20, 2022. Defendants move under Rule 12(b)(6) to dismiss Plaintiff's claims against Victor Boschini, arguing that (1) Title IX does not authorize suits against school officials, and (2) Plaintiff fails to allege a binding contract between Plaintiff and Boschini. Plaintiff does not oppose the motion. Accordingly, the Court **GRANTS** the motion and **DISMISSES** Plaintiff's claims against Victor J. Boschini **with prejudice**.

SO ORDERED this **13th day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE