UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Appoint Magistrate as Mediator (ECF No. 69), filed August 8, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **REFERS** this case for mediation with United States Magistrate Judge Ray.

**SO ORDERED** this **8th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE