UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is (1) Non-Party Jane Roe's Motion to Quash ("Motion") (ECF No. 66), filed August 3, 2022 and, per the Court's August 8, 2022 Order requiring the parties to respond (ECF No. 71), (2) TCU's Response and Brief to Non-Party Jane Roe's Motion to Quash (ECF No. 78), (3) John Doe's Response to Jane Roe's Motion to Quash (ECF No. 79), and (4) Non-Party Jane Roe's Reply in Support of Motion to Quash (ECF No. 81). In view of Roe's scheduled appearance for testimony today, September 14, 2022 (Mot. at 1), the Court **ORDERS** that Roe is relieved of her obligation to comply with the subpoena until the Court further considers the Motion on its merits.

**SO ORDERED** on this **14th day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE