UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Joint Motion for Entry of Agreed Protective Order (ECF No. 85), filed September 16, 2022. The parties move for a protective order "governing the exchange and use of discovery and information in this case," including use of FERPA-protected information of non-party Jane Roe. *Id.* at 1; ECF No. 85-1, Ex. A at 1. While this Court routinely declines to use Fed. R. of Civ. P. 26(c) to convert an agreement of the parties into a court order,[1] the Court finds good cause for an exception to that general rule given the highly sensitive nature of this case. The Court therefore **GRANTS** the Motion.

**SO ORDERED** this **20th day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] *See Davis v. City of Fort Worth*, No. 4:14-cv-491-A, 2014 WL 12940678, at *3, 3 n.3 (N.D. Tex. July 3, 2014).