UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Texas Christian University's Unopposed Motion for Leave to File Appendix Under Seal (ECF No. 88), filed September 19, 2022. TCU seeks to attach documents under seal in support of its Motion for Summary Judgement (ECF No. 93), filed September 19, 2022.

As this Court has stated previously on the record, Courts presume that judicial records are to be kept open to the public. *United States v. Abdullah*, 2009 WL 2246156, at *2 (S.D. Tex. July 24, 2009) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). But the public's right to access court records is not absolute, and district courts have supervisory power to seal documents if the interest favoring nondisclosure outweighs the presumption in favor of the public's common law right of access. *Test Masters Educ. Servs. Inc.*, 799 F.3d 437, 454 (5th Cir. 2015) (citing *Nixon*, 435 U.S. at 598).

Because the Court finds that TCU has demonstrated good cause to file the records under seal, and noting the motion is unopposed, the Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to file the exhibits accompanying the motion (ECF No. 88-1 through 88-6, ECF No. 89-1 through 89-4, ECF No. 90-1 through 90-4, ECF No. 91-1 through 91-5, and ECF No. 92-1) under seal as TCU's Appendix in support of its Motion for Summary Judgment.

**SO ORDERED** on this **22nd day** of **September, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**