**FILED**
**September 29, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

_____

No. 22-10505

_____

JOHN DOE,

        *Plaintiff—Appellee,*

*versus*

TEXAS CHRISTIAN UNIVERSITY; VICTOR J. BOSCHINI, JR.,

        *Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-297

_____

ORDER:

IT IS ORDERED that appellee's motion to view and obtain sealed documents is GRANTED.

_____
PATRICK E. HIGGINBOTHAM
*United States Circuit Judge*