UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff John Doe's emergency Motion to Hold Non-Party Jane Roe in Contempt of Court, Motion to Compel Deposition of Non-Party Jane Roe and Brief in Support Thereof (ECF No. 125), filed November 9, 2022. To expedite resolution of this motion, the Court **ORDERS** non-party Jan Roe to respond **no later than November 14, 2022**. Plaintiff may reply **no later than November 17, 2022**. Defendant may respond no later than **November 14, 2022**, if it feels it needs to.

**SO ORDERED** on this **9th day** of **November, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE