**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOHN DOE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.: 4:22-cv-00297-O** |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | |
| | § | |
| **Defendant.** | § | |

**STIPULATION REGARDING DEPOSITION TESTIMONY**
**AND CONDUCT PANEL HEARING TRANSCRIPT**

By the signatures below of their respective attorneys, Plaintiff John Doe ("Doe") and Defendant Texas Christian University ("TCU") enter into this stipulation for purposes of (1) avoiding the deposition of TCU's representative pursuant to Fed. R. Civ. P. 30 (b)(6); and (2) agreeing to the accuracy of the transcript of the video-recorded portions of the conduct panel hearing that took place on January 28-29, 2022 ( "Panel Hearing"). Doe and TCU stipulate as follows:

**A. TCU Representatives**. Doe has taken the depositions of (1) Jessica Ledbetter; (2) Jeremy Steidl; (3) Reece Harty; (4) Clark Jones; (5) Laura Shaw; (6) Leah Carnahan; (7) Kathryn Cavins-Tull; (8) Andrea McDew; (9) Leigh Holland; (10) Sharon Gooding; and (11) Cheryl Taylor. Doe has provided TCU with an organizational representative deposition notice pursuant to Fed. R. Civ. P. 30(b)(6). TCU stipulates that, for purposes of this lawsuit, TCU would have designated the foregoing witnesses (who Doe has already deposed) as the organizational representatives of TCU and that those

witnesses would give deposition testimony substantially consistent with their previous deposition testimony. Doe and TCU therefore stipulate that TCU has no further obligation to comply with the Rule 30(b)(6) deposition notice.

**B. Panel Hearing Transcript**. The transcription of the video-recordings of the Panel Hearing transcribed by Linda Tarr and dated August 22, 2022, is a true and correct transcription of such recordings.

DATED: October 28, 2022

Respectfully Submitted,

*/s/ Scott D. Schneider*
Scott D. Schneider
(scott.schneider@huschblackwell.com)
Alex E. Brakefield
(alex.brakefield@huschblackwell.com)
Samuel P. Rajaratnam
(sammy.rajaratnam@huschblackwell.com)
Caidi Davis
(caidi.davis@huschblackwell.com)
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201

**ATTORNEYS FOR TCU**

/s/ Brian Roark
Brian Roark
State Bar No. 00794536
brian@brianroark.com
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
Telephone: (512) 476 – 1900
Fax: (512) 479 – 8040
***Admitted pro hac vice***

*/s/ Bryan D. Bruner*
Bryan D. Bruner
State Bar No. 03252475
bbruner@brunerpc.com
Lynne B. Frank
State Bar No. 24087215
Lfrank@brunerpc.com
BRUNER & BRUNER, P.C.
3700 W. 7th Street
Fort Worth, Texas 76107
Telephone: (817) 332-6633
Facsimile: (817) 332-6619

*/s/ H. Dustin Fillmore III*
H. Dustin Fillmore III
State Bar No. 06996010
dusty@fillmorefirm.com
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, Texas 76102

Telephone: (817) 332-2351
Facsimile: (817) 870-1859

**ATTORNEYS FOR JOHN DOE**