UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

In response to Plaintiff John Doe's recent Motion to Hold Non-Party Jane Roe in Contempt of Court, Non-Party Jane Roe filed a separate Motion for Protective Order and Motion to Quash (ECF No. 131) on November 14, 2022. To expedite resolution of this motion, the Court **ORDERS** Doe to respond no later than **November 30, 2022**. Roe may reply no later than **December 5, 2022**. Defendant TCU may respond no later than **November 30, 2022**, if it believes a response is necessary.

**SO ORDERED** on this **21st day** of **November, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE