UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00297-O |
| § | |
| TEXAS CHRISTIAN UNIVERSITY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court are Non-Party Jane Roe's Motion for Leave to File Unredacted Exhibits Under Seal (ECF No. 164), filed December 5, 2022; and Defendant Texas Christian University's Unopposed Motion for Leave to File Appendix Under Seal (ECF No. 166), filed December 5, 2022. Both motions are unopposed.

The parties and non-party to this suit have sought (and received approval) to seal numerous documents on the record in this dispute. And though sealing information in the judicial record is "heavily disfavor[ed]" given the understanding that "the public's right of access to judicial records is a fundamental element of the rule of law[,]" that public right of access is not absolute. *June Med. Servs. v. Phillips*, 22 F.4th 512, 519–20 (5th Cir. 2022). As this Court has repeatedly noted on the record, the district court has supervisory power to seal documents if the interests favoring nondisclosure outweigh the presumption in favor of the public's common law right of access, provided the court undertakes a serious balancing of the public-versus-private interests at stake. *Id; see also Test Masters Educ. Servs. Inc.*, 799 F.3d 437, 454 (5th Cir. 2015) (citing *Nixon*, 435 U.S. at 598). Having undertaken this balancing of interests again here, the Court finds good cause to permit the requesting parties to file their documents under seal. Because the documents in question would reveal Plaintiff Doe's, Non-Party Roe's, and their

family members' identities; because the sealed documents have been provided in narrowly-redacted form on the record; and given the sensitive nature of the underlying sexual assault allegations in this case, the Court **GRANTS** the motions and **ORDERS** the parties to file their redacted documents under seal in support of their respective briefs/motions.

    **SO ORDERED** this **6th day** of **December, 2022**.

*(signature)*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**