UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Set Settlement Conference Pursuant to Scheduling Order and Local Rule 16.3 (ECF No. 183), filed December 15, 2022. The Court finds that the motion should be **GRANTED**. Accordingly, the Court **ORDERS** the parties to appear for an in-person settlement conference on **Wednesday, December 21, 2022** at **1:00 PM** in the **Second Floor Courtroom** of the Federal Courthouse in Fort Worth, Texas (501 West 10th Street). It is further **ORDERED** that Plaintiff Doe shall be accompanied in-person by lead counsel and Defendant TCU shall be accompanied in-person by TCU Chancellor, Victor J. Boschini, Jr.

**SO ORDERED** this **16th day** of **December, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE