## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:22-CV-00297-O |
| § | |
| TEXAS CHRISTIAN UNIVERSITY and § | |
| VICTOR J. BOSCHINI, JR., in his official § | |
| capacity, § | |
| § | |
| *Defendants*. § | |

### TEXAS CHRISTIAN UNIVERSITY'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Scheduling Order (ECF No. 48), as modified by the parties' Joint Notice of Agreed Pretrial Deadlines (ECF No. 124), Defendant Texas Christian University ("TCU") submits the following questions and/or topics for consideration by the Court in its examination of prospective jurors:

1. Does anyone know, or are any of you acquainted with, either of the two parties in this case? (Introduce Parties).

2. Does anyone know, or are any of you acquainted with, any of the attorneys, myself, or any of my courtroom staff? (Introduce Counsel and Staff).

3. Does anyone know, or are any of you acquainted with, any of the potential witnesses? (Have Parties list witnesses).

4. Has anyone ever served on a jury before today?

    a. If so, was it a civil or criminal case?

    b. What kind of lawsuit?

    c. Without disclosing the verdict, did you reach a verdict?

    d. Was there anything about your prior jury experience that would make it difficult for you to sit as an impartial juror in this case?

5. Have you ever been involved in a lawsuit as a plaintiff or defendant?

   a. If so, was it criminal or civil?

   b. What kind of lawsuit?

   c. Did it go to trial?

   d. If so, what was the outcome?

6. Does anyone have family or friends who are associated with Texas Christian University?

7. Generally, this case is about the Plaintiff, a student at TCU, who had sexual misconduct allegations made against him by another student. He was suspended for one year after being found responsible for sexual misconduct by the University. Do you have any existing opinions or strong feelings one way or another about these kinds of cases?

   a. Do you have any personal knowledge of, or have you read or heard anything about the facts surrounding this case?

8. For moral or personal reasons, does anyone feel they cannot sit in judgment of another person or of an institution?

9. TCU is the Defendant in this case, which means throughout this trial, the Plaintiff goes first, and TCU is going to go second. When TCU presents parts of its case, you would have already heard one side of the case. It is human nature that sometimes we tend to believe what we hear first, but there are two sides to every story, and we need jurors who can keep an open mind and wait and hear all the evidence. Does anyone have an issue with remaining impartial and not making up your mind about the case until you have heard all the evidence?

10. Some people think that when a lawsuit is filed against another party, it means the party who got sued probably did something wrong, and the person bringing the lawsuit should probably win. Does anyone feel this way?

11. Do you have any opinions, attitudes, or beliefs, either positive or negative, about higher education institutions in general?

12. Have you, a family member, or close friend ever had a particularly negative experience with a university?

13. What does the phrase "the #MeToo movement" or "cancel culture" in the context of sexual assault allegations mean to you?

      a.      What are your thoughts about the #MeToo movement or cancel culture? Do you think it can be a bad thing? When? Under what circumstances?

      b.      Why do you feel that way?

      c.      In this case, Plaintiff is claiming that he was falsely accused of sexual assault. Do you think your opinion about the #MeToo movement or "cancel culture" when it comes to allegations of sexual assault would influence your decision in this case?

14. Do any of you know what Title IX is?

      a.      In your understanding, what is Title IX?

      b.      Does the name "Title IX" conjure up any images in your mind? What images come to mind?

      c.      What are your general thoughts/feelings about Title IX reports or complaints against another student?

      d.      Why do you feel that way?

      e.      Do you have any feeling about whether universities should be the ones deciding Title IX sexual assault allegations between students on their campus, or should it be up to the police and/or a criminal legal process?

15. Does anyone have any feelings about universities handling Title IX complaints?

16. Does anyone here have experience with a university suspension or expulsion?

      a.      Where and when did this happen?

      b.      How do you feel about the way the university handled it?

      c.      Do you think the university's actions were reasonable?

17. Should a university be allowed to suspend a student for violating its policies?

      a.      When? Under what circumstances?

18. Do you believe universities suspend or expel their students too often?

19. Do you know anyone, including your neighbors, friends, co-workers, or relatives, who have been accused of sexual assault?

  a. Without going into the details of the allegations, how would you describe your experience with that incident or allegation?

**Individual Voir Dire Questions**

1. Full name and age.

2. City of residence.

3. Marital status.

4. Number, age, and gender of any children.

5. Extent of formal education.

6. Any legal training or experience.

7. Present occupation and any other employment going back 10 years, including names of employer(s), nature of work and title of position(s), and length of time with each employer.

8. Present occupation (and prior jobs going back 10 years) for spouse and other adults in the household, as well as for any adult children not living in the household.

9. Major outside interests and hobbies.

10. Prior jury service (federal and state civil and criminal cases, as well as any grand jury).

11. Prior involvement as a party in any civil lawsuit (personally as well as in connection with any employment).

12. Prior involvement of relatives or close friends in any civil lawsuits.

13. Prior experience as a witness (in courtroom or deposition).

14. Primary source of news.

Dated: December 19, 2022

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Scott D. Schneider*
    Scott D. Schneider, *pro hac vice*
    Texas Bar No. 24054023
    scott.schneider@huschblackwell.com
    Samuel P. Rajaratnam
    Texas Bar No. 24116935
    sammy.rajaratnam@huschblackwell.com
    Caidi Davis, *pro hac vice*
    Texas Bar No. 24121557
    caidi.davis@huschblackwell.com

111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)

    Tracy Graves Wolf
    Texas Bar No. 24004994
    tracy.wolf@huschblackwell.com

1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6173
(214) 999-6170 (fax)

**ATTORNEYS FOR DEFENDANT**
**TEXAS CHRISTIAN UNIVERSITY**

## CERTIFICATE OF SERVICE

I certify that this document was served on the below-listed counsel of record via email and/or CM/ECF in accordance with the Federal Rules of Civil Procedure on December 19, 2022.

Bryan D. Bruner
bbruner@bjplaw.com
Lynne B. Frank
Lfrank@bjplaw.com
BRUNER & BRUNER, P.C.
3700 W. 7th Street
Fort Worth, Texas 76107

H. Dustin Fillmore, III
dusty@fillmorefirm.com
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 801
Fort Worth, Texas 76102

Brian Roark
brian@brianroark.com
BOTSFORD & ROARK
1307 West Avenue
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF**

                                    */s/ Samuel P. Rajaratnam*
                                    Samuel P. Rajaratnam