UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00297-O |
| | § | |
| TEXAS CHRISTIAN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court held a Settlement Conference for the parties on December 21, 2022 (ECF No. 188). As discussed, the parties shall file on the docket a joint Proposed Order regarding resolution of this case **no later than January 3, 2023**. The parties shall also submit the same via email to O'Connor_Orders@txnd.uscourts.gov.

**SO ORDERED** this **27th day** of **December, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE