UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | Civil Action No. 4:22-CV-00297-O |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY and VICTOR J. BOSCHINI, JR., in his official capacity,** | § § § | |
| | § | |
| *Defendants*. | § | |

## AGREED DISMISSAL ORDER WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **DISMISSES** all causes of action **with prejudice** to re-filing of the same that Plaintiff John Doe brought against Defendant Texas Christian University in the above captioned case. Further, the Court **EXPRESSLY RETAINS** continuing jurisdiction over the parties' Confidential Settlement and Release Agreement solely to enforce the terms of the Agreement, if necessary.

**SO ORDERED** on this ____ day of **January, 2023**.

_____
THE HON. REED O'CONNOR
UNITED STATES DISTRICT JUDGE