UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOE, § § *Plaintiff*, § § v. § § TEXAS CHRISTIAN UNIVERSITY and § VICTOR J. BOSCHINI, JR., in his official § capacity, § § *Defendants*. § | Civil Action No. 4:22-CV-00297-O |

## AGREED DISMISSAL ORDER WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **DISMISSES** all causes of action **with prejudice** to re-filing of the same that Plaintiff John Doe brought against Defendant Texas Christian University in the above captioned case. Further, the Court **EXPRESSLY RETAINS** continuing jurisdiction over the parties' Confidential Settlement and Release Agreement solely to enforce the terms of the Agreement, if necessary.

**SO ORDERED** on this **9th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE